UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :    Hon. Faith S. Hochberg

        v.                           :    Criminal No. 06-406 (FSH)

FREDERICK S. SCHIFF and       :    O R D E R
RICHARD J. LANE

       This matter having been opened to the Court on the application of defendant Frederick S. Schiff (David M. Zornow, Esq., appearing) for an order excluding time under the Speedy Trial Act through January 7, 2008, to permit defendant Schiff to continue to prepare for trial, and defendant Richard J. Lane (Richard M. Strassberg, Esq., appearing) having consented to such a continuance, and the United States by Christopher J. Christie, United States Attorney for the District of New Jersey (Joshua Drew, Michael Martinez and Paul Matey, Assistant U.S. Attorneys, appearing) having no objection thereto; the Court having previously declared this matter to be a complex case pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(ii), by order signed June 2, 2006; the defendants being aware that they have a right to be tried within seventy days of their first appearance in this district in connection with this matter, pursuant to 18 U.S.C. § 3161(c)(1); the Court having found that an order granting a continuance of the proceedings in the above-captioned matter should be entered; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The charges in this case are the result of a lengthy investigation and involve allegations of securities fraud.

2. The discovery in this case is voluminous, and includes, among other items, over two million pages of documents.

3. The defendants need sufficient time to review discovery, complete their investigation of the charges, and to prepare for trial.

4. The defendants need sufficient time for experts to assist in the review of the discovery, the defense investigation and the preparation for motions and trial.

5. The parties need sufficient time to research, file and respond to motions and to prepare for pretrial hearings and trial.

6. The Court previously declared this matter to be a complex case pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(ii), by order signed June 2, 2006.

7. The parties consent to this continuance.

8. Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

In light of these findings, and given the nature and complexity of this case, it is unreasonable to expect adequate preparation for motions, pretrial proceedings or the trial itself within the time limits established under the Speedy Trial Act.

IT IS, therefore, on this 17 day of Sept, 2007,

ORDERED that the period from and including September 17, 2007, through and including January 7, 2008, shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B)(ii).

HON. FAITH S. HOCHBERG
United States District Judge