# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

February 5, 2008

Honorable Faith S. Hochberg
United States District Judge for the District of New Jersey
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   United States v. Frederick S. Schiff
      Crim. No. 06-406-FSH

Dear Judge Hochberg:

We write on behalf of our client, defendant Frederick S. Schiff, seeking a one-week extension of the time to identify for the government the trial exhibits Mr. Schiff intends to offer in his case-in-chief. The government has informed us that it has no objection to this request.

On February 1, 2008, pursuant to the Court's April 27, 2007 and July 26, 2007 orders, the government provided Mr. Schiff with a list of five hundred twenty-seven trial exhibits. The Court's orders require Mr. Schiff to produce his trial exhibits one week later, which is February 8, 2008, unless otherwise ordered by the Court upon the defendant's application. Due to the number of government exhibits, the delay in initiating our review caused by locating and printing these exhibits, and the time it is taking for counsel to review this material, Mr. Schiff respectfully requests that the Court grant Mr. Schiff until February 15, 2008, to identify the exhibits he intends to offer in his case-in-chief.

Respectfully submitted,

David M. Zornow

cc:   Michael Martinez, Esq.