*U.S. Department of Justice*

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*973-645-2700*

February 19, 2008

Hon. Faith S. Hochberg
United States District Judge
U.S. Post Office & Federal
Courthouse Building
Federal Square
Newark, New Jersey 07102

     Re:   United States v. Frederick Schiff
            Crim. No. 06-406 (FSH)

Dear Judge Hochberg:

    Pursuant to the Court's February 15, 2008 Order, the United States will submit a Supplemental Exhibit outlining the statements the Government may seek to admit at trial pursuant to Rule 801(d)(2)(E), or another provision of the Federal Rules of Evidence through oral testimony. As ordered, this Exhibit contains the names of the witnesses who may offer testimony containing co-conspirator statements.

    The Government requests leave to submit the names of these witnesses to the Court *in camera*. The requirements of Rule 801(d)(2)(E) do not vary based on the identity of the testifying witness, and Defendant Schiff will have all the necessary information to raise a hearsay objection. In contrast, the Government will be significantly prejudiced by not only revealing its witnesses nearly one month in advance, but by outlining the specific contours of witness testimony so far before trial. These disclosures will necessarily reveal the Government's trial strategy. Accordingly, the Government requests leave to omit the column identifying witness names from its publicly filed Supplemental Exhibit.

     In addition, the Government will provide, for the Court's convenience, copies of the exhibits referenced in the Supplemental Exhibit.  These exhibits have previously been provided to Defendant Schiff, and contain the internal communications of BMS executives, as well as potentially sensitive information concerning the Company.  To avoid any potential prejudice associated with the public filing of these exhibits before trial, the Government also requests leave to provide these materials *in camera*.

                                          Respectfully submitted,

                                          CHRISTOPHER J. CHRISTIE
                                          United States Attorney

                                          /s/Paul B. Matey

                                          By: Paul B. Matey
                                          Joshua Drew
                                          Michael Martinez
                                          Assistant U.S. Attorneys

cc:   David M. Zornow, Esq.