UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK

Date: March 19, 2008

JUDGE: HON. FAITH S. HOCHBERG

COURT REPORTER: JOHN STONE

DEPUTY CLERK: LAWRENCE MACSTRAVIC

OTHER:                                                   Docket# Cr. 06-406-1 (FSH)

Title of Case: U.S.A. v. FREDERICK SCHIFF

Appearances:   Joshua Drew, AUSA, for the government
               Michael Martinez, AUSA, for the government
               Paul Matey, AUSA, for the government
               George Leone, AUSA, for the government
               David M. Zornow, Esq., for Defendant Frederick Schiff
               Lawrence S. Spiegel, Esq., for Defendant Frederick Schiff
               Steven R. Glaser, Esq., for Defendant Frederick Schiff

**NATURE OF PROCEEDINGS:** Motion hearing
Defendant present.

Court issues opinion on pending motions.

Argument on propriety of posing hypothetical questions to lay witnesses.

Recess 11:00a.m. - 11:45a.m.

Defendant sworn.
Waiver of re-presentation of superseding indictment entered.

Recess 12:30p.m. - 2:20p.m.

Ordered March 24, 2008 jury selection adjourned without date.

Ordered status conference set for Wednesday, March 26, 2008 at 1:00p.m.

Time Commenced: 10:00a.m.    Time Adjourned: 2:40p.m.


cc: chambers                                         Lawrence MacStravic
                                                     Deputy Clerk