UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA, )
 )
v. ) 06—406-FSH
 )
FREDERICK S. SCHIFF. )

## ORDER FOR MODIFICATION OF RELEASE CONDITIONS

WHEREAS defendant Frederick S. Schiff was arrested upon an indictment, 05-474 (FSH), filed in or about June 2005, and Mr. Schiff was granted pretrial release on various conditions including that his travel be restricted to the District of New Jersey and the Southern District of New York;

WHEREAS indictment 05-474 (FSH) was dismissed by the United States Attorney's Office for the District of New Jersey ("U.S. Attorney's Office"), indictment 06-406 (FSH) was subsequently filed in or about June 2006, and, with minor modification, Mr. Schiff's release conditions from the prior indictment were continued;

WHEREAS Mr. Schiff requests that his travel restrictions be modified to permit him to travel within the continental United States;

WHEREAS the pretrial services office in the Southern District of New York, where Mr. Schiff resides and is being monitored, does not oppose this request;

WHEREAS the pretrial services office in the District of New Jersey, where this case is pending, does not oppose this request;

WHEREAS the U.S. Attorney's Office does not oppose this request;

IT IS HEREBY ORDERED that Mr. Schiff's request for modification of his release conditions to permit him to travel within the continental United States is granted.

Dated: April 3, 2008

Faith S. Hochberg
United States District Judge